(Pleito No. 32.—Fallado el 12 de Marzo de 1900.)

## Tarazona contra Rivera.

Recurso contra sentencia dictada por la Corte de Distrito de San Juan.

### AUTO.

Hecho desistimiento del recurso, con arreglo á los artículos 408 y 409 de la Ley de Enjuiciamiento Civil.

---

(Pleito No. 33.—Fallado el 22 de Marzo de 1900.)

## Maisonave contra Duprey.

Recurso contra sentencia dictada por el Tribunal de Distrito de Mayagüez.

### AUTO.

Por desistido el recurso de acuerdo con lo preceptuado en los artículos 408 y 409 de la Ley de Enjuiciamiento Civil.